**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:16-cv-22930-XXXX**

ROBIN MCNEIL and LILLIAN MARSHALL on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

SELENE FINANCE, LP, SOUTHWEST BUSINESS CORPORATION, and GREAT AMERICAN E&S INSURANCE COMPANY

Defendants.
______________________________________/

**NOTICE OF CHANGE OF ADDRESS AND CONTACT INFORMATION**

COMES NOW Howard M. Bushman, one of the attorneys for Plaintiffs Lillian Marshall and Robin McNeil on behalf of themselves and all others similarly situated, and hereby gives notice to the Court and all counsel of record of his new address and contact information as noted below:

Howard M. Bushman, Esq.
**The Moskowitz Law Firm, PLLC**
2 Alhambra Plaza
Suite 601
Coral Gables, FL 33134
Email: howard@moskowitz-law.com
Telephone: 305 740-1423

Respectfully submitted,

By: s/ Howard M. Bushman
Howard M. Bushman, Esq.
Florida Bar No. 0364230
howard@moskowitz-law.com
Adam Moskowitz, Esq.
Florida Bar No. 984280
adam@moskowitz-law.com
**The Moskowitz Law Firm, PLLC**
2 Alhambra Plaza
Suite 601
Coral Gables, FL 33134
Telephone: 305 740-1423
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed on January 24, 2018 with the Clerk by using the CM/ECF system, which will send notification of such filing to all attorneys of record.

By: s/ Howard M. Bushman